UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHANNA NEVINS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM ENERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 3:26-cv-07944-RFL<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered Nicole Caraoué's motion for appointment as lead plaintiff and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The file in 3:26-cv-07944 shall be the master file for the action. All securities class actions arising out of the same facts and claims on behalf of purchasers of Bloom Energy Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. Nicole Caraoué is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4. Nicole Caraoué's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: (a) the briefing and argument of any and all motions; (b) the conduct of any and all discovery proceedings including depositions; (c) settlement negotiations; (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; (e) the preparation and filing of all pleadings; and (f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5. Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

**O R D E R**

IT IS SO ORDERED.

DATED: October 15, 2026

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE