United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JULIE FARESE,

Plaintiff,

v.

KR SRIDHAR, et al.,

Defendants.

Case No. 26-cv-13012-BLF

**ORDER SUA SPONTE REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**

This case may be related to an earlier-filed action. *See Nevins v. Bloom Energy Corporation*, 3:26-cv-07944-RFL. The Court refers the case to Judge Lin to consider whether the cases are related. *See* Civ. L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: November 5, 2026

BETH LABSON FREEMAN
United States District Judge